DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEVEN PARMLEY,

Appellant,

v.

MARY ROSE PARMLEY,

Appellee.

No. 2D2024-1697

_____

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Steven Parmley, pro se.

Mary Rose Parmley, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.